**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ SEP 15 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------X
In re: ZYPREXA PRODUCTS LIABILITY           :   MDL No. 1596
LITIGATION                                  :
-------------------------------------------X
THIS DOCUMENT RELATES TO:                   :

SALLY BENSON,                               :   06 CV 2550 (JBW)

    Plaintiff,                              :   STIPULATION AND ORDER
                                                OF DISMISSAL WITHOUT PREJUDICE
-against-                                   :

ELI LILLY AND COMPANY,                      :

    Defendant.                              :

-------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties hereto that the above entitled action be discontinued and dismissed without prejudice as against defendant Eli Lilly and Company and without costs to either party as against the other.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed by facsimile and in counterparts, wherein each such signature shall be deemed to be an original thereof.

Dated: New York, New York
       August 22, 2006

                                       Respectfully submitted,

                                       By:_____
                                         Eric M. Terry, IL 6282169
                                         Tor A. Hoerman, IL 6229439
                                         SIMMONSCOOPER LLC
                                         707 Berkshire Blvd.
                                         P.O. Box 521
                                         East Alton, IL 62024
                                         (618) 259-2222



and

Jayne Conroy
Hanly Conroy Bierstein Sheridan Fisher &
Hayes LLP
112 Madison Avenue – 7th Floor
New York, NY 10016-7416
(212) 784-6400

and

Christopher Placitella
Cohen, Placitella & Roth
115 Maple Avenue
Red Bank, NJ 07701
(732) 747-9003

Attorneys for Plaintiff

By: _____
Nina M. Gussack
PEPPER HAMILTON LLP
300 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

and

Samuel J. Abate, Jr. (SA 0915)
McCarter & English, LLP
245 Park Avenue
New York, NY 10167
(212) 609-6800

Attorneys for Defendant
Eli Lilly and Company

SO ORDERED:

_____
Senior Judge

9/7/06

2

# Fax Information Sheet

Date: September 7, 2006

Time: 11:08 AM

**McCARTER ENGLISH**

Attorneys at Law
245 Park Avenue
27th Floor
New York, NY 10167
Phone 212.609.6800
Fax 212.609.6921

_4_ Total Number of Pages (Including Cover Sheet)

**Office Fax Number**

Baltimore, MD...........410.659.8550
Boston, MA................617-345-7050
Hartford, CT...............860.724.3397
New York, NY............212.609.6921
Newark, NJ................973.624.7070
Philadelphia, PA.........215.979.3899
Stamford, CT..............203.399.5800
Wilmington, DE..........302.984.6399

**I.  Please Deliver To:**

| Name | Firm | Fax Number |
|---|---|---|
| Honorable Jack B. Weinstein | USDC/EDNY | 718-613-2527 |
| Special Master Peter Woodin, Esq. | JAMS | 212-972-0027 |
| Eric Terry, Esq. | SimmonsCooper, LLC | 618-259-2251 |
| Jayne Conroy, Esq. | Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP | 212-784-6420 |
| Christopher Placitella, Esq. | Cohen, Placitella & Roth | 732-747-9004 |

**Comments:**

**II.  From:**

Name _Samuel J. Abate Jr._    Att # _02126_    Ext: _8205_

**III.  Confirmation:**

Telephone No. _____

Name (or Title) _____

Client/Matter Number _27779/00348_

The information contained in the facsimile message is attorneys' privileged and confidential information intended only for the person or entity named above. If you are not the intended recipient (or someone responsible to deliver to the intended recipient), please be aware that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately at 1-800-359-6245 and return the original message to us at the above address via the U. S. Postal Service. Thank you.